```
    UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

   IN RE:                                       CASE NO. 06 B 08887
      LUCY M MCGEE
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
      SSN XXX-XX-2461


   ------------------------------------------------------------------------------
                          TRUSTEE'S FINAL REPORT AND ACCOUNT
   ------------------------------------------------------------------------------
         Glenn Stearns, Chapter 13 Standing Trustee, submits the following
   Final Report and Account of the administration of the estate pursuant to
   11 USC 1302(b)(1).

      1.  The case was filed on 07/25/06 and confirmed on 11/01/06.

      2.  The case was dismissed after confirmation, 11/14/2008.

      3.  The Debtor paid a total of $  16755.00 .

      4.  The Trustee made disbursements to creditors as follows:


   ------------------------------------------------------------------------------
   CREDITOR NAME            CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID            PAID
   ------------------------------------------------------------------------------
   CARRINGTON MORTGAGE SERV CURRENT MORTG        .00             .00             .00
   GMAC PAYMENT CENTER      SECURED VEHIC   27510.39         4710.08        10272.28
   AMERICAN GENERAL FINANCE UNSECURED        2994.94             .00             .00
   THE CHICAGO DEPT OF REVE UNSECURED        1610.00             .00             .00
   JAMES M PHILBRICK        ADMINISTRATIV     500.00             .00          500.00
           Summary of disbursements:
   ------------------------------------------------------------------------------
                    SECURED     PRIORITY   UNSECURED       OTHER          TOTAL
   ------------------------------------------------------------------------------
   TOTAL CLMS ALLOWED  27510.39     500.00     4604.94          .00       32615.33
   PRINCIPAL PAID      10272.28     500.00         .00          .00       10772.28
   INTEREST PAID        4710.08         .00         .00          .00        4710.08
   TOTAL PAID          14982.36     500.00         .00          .00       15482.36
   The Debtor's attorney, ROBERT J ADAMS & ASSOC        , was allowed $    3000.00
   and was paid $     100.00  direct and $      569.49   through the plan.

   The Trustee received $     703.15 .

   Refunds to the Debtor totaled $        .00 .

         Wherefore, the Trustee requests an order be entered discharging
   the Trustee and the surety on his bond from any further liability
   in this case.



         Dated: 02/11/09                  /S/
                                          GLENN STEARNS
                                          CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
   CASE NO. 06 B 08887 LUCY M MCGEE
```